ANNETTE B. WETMORE, now ANNETTE B. MARKOE, Respondent, *v.* WILLIAM B. WETMORE, Appellant, Impleaded with Others.

*Wetmore* v. *Wetmore,* 56 App. Div. 625, appeal dismissed.
(Argued February 27, 1901; decided March 19, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 9, 1901, affirming an order of Special Term appointing

the Continental Trust Company of the city of New York to execute a trust created by the will of Samuel Wetmore, deceased.

*Thomas P. Wickes* for appellant.

*Flamen B. Candler* and *Robert W. Candler* for respondent.

Appeal dismissed, with costs ; no opinion.

Concur : PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ. Not voting : O'BRIEN, J.